# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:13 cv 50

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $12,980.00 in UNITED STATES ) | |
| CURRENCY ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned *sua sponte*. From an examination of the file, it appears that on April 9, 2014, a Stipulation of Dismissal (#14) of the Claim and Answer of the claimant, Liza Wilmot, was filed which appears to terminate all the claims of the sole claimant. Because of the Stipulation of Dismissal it appears there is no reason not to expedite the date of trial. As a result, the undersigned will enter an Amended Pretrial Order and Case Management Plan setting the trial of this matter for the November 10, 2014 term.

## ORDERED

**IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan (#9) is hereby amended by the Court as set forth in an Amended Pretrial Order and Case Management Plan entered herein and the trial of this

1

matter is set for **November 10, 2014** as a non-jury matter.

Signed: May 21, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge