UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL NO. 2:13CV50

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT,** |
| | ) | |
| v. | ) | **ENTRY OF JUDGMENT, AND** |
| | ) | |
| $12,980.00 IN UNITED STATES CURRENCY, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| | ) | |
| Defendant. | | |

Pending before the Court is the Motion for Default Judgment and Motion for Entry of Judgment [# 19].  The United States moves for an Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881.  For reasons stated in the Government's Motion, and no further response being necessary, the Court **GRANTS** the motion [# 19].

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

(1) The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

**$12,980.00 in United States Currency**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

(2) Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist

1

therein;

(3) The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: September 30, 2014

_____

Dennis L. Howell
United States Magistrate Judge